FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 17, 2019

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 2:03-CR-0243-LRS-1 |
| Abel Mendoza, Jr. ) | USM No. 14467-298 |
| 03/23/2010 | Jeffery S. Niesen |
| Date of Previous Judgment | Defendant's Attorney |

### Order for Sentence Reduction Pursuant to Section 404 of the First Step Act of 2018

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the attorney for the Government, or ☐ the Court for a reduced sentence based on the statutory penalties which were modified by sections 2 or 3 of the Fair Sentencing Act of 2010 (Public Law 111-220; 124 Stat. 2372), as if sections 2 and 3 of the Fair Sentencing Act of 2010 were in effect at the time defendant's offense was committed. Having considered such motion, and taking into account the First Step Act of 2018,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 120 months **is reduced to** Time Served.

### I. COURT DETERMINATION OF SENTENCING PURSUANT TO FIRST STEP ACT OF 2018:

Previous Sentence Imposed: 120 months            Amended Sentence: Time Served
Previous Supervised Release Term Imposed: 8 years    Amended Supervised Release Term: 8 years
Previous Underlying Sentence Imposed:            Amended Underlying Sentence:

### II. SENTENCE RELATIVE TO AMENDED TERMS:

☑ Conditions of supervised release set forth in judgment are to remain in effect.
☐ Conditions of supervised release set forth in judgment are to remain in effect, with the following modifications:

### II. ADDITIONAL COMMENTS:

☐ Waiver of Appearance of Defendant for resentencing hearing (attached).

Except as provided above, all provisions of the judgment dated 03/23/2010 shall remain in effect.

**IT IS SO ORDERED**.

Order Date:                                07/17/2019
                                           Judge Signature
                                           *[signature]*